

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-26-00071-CV

**IN RE** Rufel Louis **ESTRADA**

Original Proceeding[1]

PER CURIAM

Sitting:        Irene Rios, Justice
                   Lori Massey Brissette, Justice
                   Adrian A. Spears II, Justice

Delivered and Filed: March 4, 2026

PETITION FOR WRIT OF MANDAMUS DENIED

Relator, Rufel Louis Estrada, filed his petition for writ of mandamus on January 27, 2026. We struck the accompanying record because it did not comply with the Texas Rules of Appellate Procedure and ordered Estrada to file a compliant appendix. Estrada filed a corrected record on February 10, 2026.

Estrada asserts that the trial court abused its discretion by failing to consider an alleged history or pattern of family violence and child abuse in making its conservatorship and possession decisions. This court, having considered the petition and record provided, has determined that Estrada has not established that he is entitled to the relief sought. Our decision is necessarily based

---

[1]This proceeding arises out of Cause No. 2012-EM5-06902, styled *In the Interest of J.R.G. and J.M.G., Children*, pending in the 407th Judicial District Court, Bexar County, Texas, the Honorable Norma Gonzales presiding.

on the limited record before us, which we note was impacted by the pro se litigant's inability to present his case within the Texas Rules of Evidence. By this denial, we do not comment on whether Estrada could have met his burden to demonstrate a need for a modification to the current custody, access and possession orders had a full presentation of the evidence been appropriately made.

The petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM